STATE of Vermont v. Gardner CARPENTER, No. 163-78

July 10, 1979. The order dated April 19, 1979, dismissing the appeal is stricken.